EXHIBIT
1

STATE OF MAINE
CUMBERLAND, ss.

STATE OF MAINE
Cumberland, ss, Clerk's Office

SEP 02 2014

RECEIVED

SUPERIOR COURT
CIVIL ACTION
Docket No. CV-14-28

| | |
|---|---|
| TOWN OF FREEPORT, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) **CONSENT ORDER** |
| | ) |
| ISLAND ROVER FOUNDATION, | ) |
| | ) |
| Defendant | ) |

This matter is before the Court on the Town of Freeport's Complaint dated January 10, 2014, seeking enforcement of Consent Agreements between the Town and Island Rover Foundation regarding the completion of a large steel vessel on the Foundation's property.

The parties engaged in mediation on June 26, 2014 before the Honorable John David Kennedy. The parties reached an agreement on the matter with the significant points being the removal of the vessel outside of the jurisdiction of the Town of Freeport or to a conforming site within the Town of Freeport on or before September 9, 2016; the Foundation providing the Town of Freeport security for the removal of the vessel by the required date; and the Town executing letters acceptable to both the Town and the Foundation to potential donors of the Foundation, potential contractors of the Foundation, and to the Foundation encouraging completion of the Island Rover project. A Memorandum of Agreement was prepared and executed June 26, 2014 and is attached hereto as Exhibit A.

The Memorandum of Agreement, in addition, required the Town and the Foundation to prepare a final draft agreement in the form acceptable to both the Foundation and the Town, which is herein called, "Supplemental Memorandum of Agreement" and is attached hereto as Exhibit B. The Supplemental Memorandum of Agreement clarifies the details of the settlement; most notably

RECEIVED

SEP 0 5 2014

interim benchmarks in 2014, 2015, and 2016. Attached to the Supplemental Memorandum of Agreement are the following:

1. A warranty deed from the Island Rover Foundation to the Town of Freeport for the Foundation's property and a Bill of Sale for the Island Rover. The warranty deed and bill of sale are to be delivered to Mediator Kennedy in escrow pending either completion of the terms of the settlement or delivery to the Town.

2. Also attached is a Real Estate Transfer Tax Declaration which would allow recording of the Deed.

3. Finally, attached are the three letters executed by the Town of Freeport to be available for distribution to contributors, contractors, and the letter already delivered to the Island Rover Foundation.

THE ENTRY SHALL BE:

1. The Parties settlement of this matter as outlined in the Memorandum of Agreement and the Supplemental Memorandum of Agreement is approved.

2. The Parties are ORDERED to complete their obligations under the Agreement as outlined.

3. The Town of Freeport v. Island Rover Foundation, Cumberland County Civil Action Docket No. CV-14-28 is dismissed with prejudice and without costs to either party.

DATED: 9/2/14

_____
JUSTICE, SUPERIOR COURT

EXHIBIT
A

## MEMORANDUM OF AGREEMENT

The parties in the litigation of *Town of Freeport v. Island Rover Foundation*, Cumberland County Superior Court, Docket No. CV-14-028 have reached preliminary agreement subject to a further more detailed agreement flushing out the details of this structure and also explicitly subject to ratification by the Town Council of the Town of Freeport and the Board and President of the Island Rover Foundation which would finally resolve this litigation and all related matters on the following terms:

1.      The Island Rover, an approximately 90 foot long steel vessel, currently under construction by the foundation would be finally removed from the property on which it now sits to a site outside of the jurisdiction of the Town of Freeport or a conforming site within the Town of Freeport on or before September 9, 2016.  This deadline is fixed and not to be extended except for:

        a.      an act of God which interferes with the construction process at which point the deadline will be equitably extended only and so far as is necessary to add time to recover from such act of God or;

        b.      a minor extension agreed to by both parties to cover short term problems such as weather or tides, in any event, not to exceed thirty (30) days.

2.      The Town of Freeport will receive a recordable security interest in the land on which the vessel now sits and a UCC 1 or other security interest acceptable to the Town in the vessel which security interests will be self executing without need for further action by the Town Counsel or the Court if either of the final deadlines or the benchmarks subsequently agreed to are not met.

3.      There will be interim benchmarks; one in 2014, two in 2015 and one in 2016, as to be further agreed by the Town and the Foundation by which the Town can measurably assess

progress towards the completion date of September 9, 2016, and if those interim benchmarks are not met in a material manner, the Town may take action to enforce its security interest in either the land or the vessel or both, except for events under paragraph 1(a) or 1(b).

4.    The Town will execute letters acceptable to both the Town and the Foundation which will make clear that the Town will hold harmless any potential donors for liability under this agreement or the previous consent agreements executed by the Town and the Foundation and/or Captain Arndt and a similar letter for contractors, which shall not relieve any contractor from its ordinary obligations under state and local environmental and other laws and ordinances. The Town will issue a letter to the Foundation which can be used by the Foundation in fund raising indicating its encouragement for completion of the Island Rover Project.

5.    After final ratification of this agreement, the Town will refund the $5,000 plus interest, if accrued, it currently holds in escrow to the Foundation which funds shall be used for progress towards substantial completion of this project.

6.    The Town agrees to provide technical support with regard to any permitting issues that may arise and, to the extent allowed by law will support any permitting applications necessary for third party permits such as the Department of Environmental Protection, Department of Marine Resources or the Department of Transportation or other third parties.

7.    A draft final agreement in a form acceptable to both the Foundation, and its attorney, and the Town Manager, and its attorney, will be prepared by July 14, 2014 and the parties to the negotiation agree to good faith support of the adoption of a final agreement by their respective principals.

8.    Once final approval is obtained by both parties, the final agreement will be incorporated into a consent judgment to be filed with the Court, at which point the pending

litigation will be dismissed with prejudice as to events occurring on or before the date of final acceptance by both parties, and without prejudice to any future rights to either party may have arising out of future events not related to this agreement.

9.    In the event that the final agreement is not approved by the respective principals, the parties may agree, if both choose to do so, to return to mediation, or in the event of a lack of agreement to do so, the pending case shall proceed in the ordinary course to final resolution.

Executed this 26th day of June, 2014

_____
Town of Freeport, Peter Joseph, Town Manager

_____
Geoffrey H. Hole, Esquire, Attorney for Town of Freeport

_____
Harold Arndt, President, Island Rover Foundation

_____
John David Kennedy, Esq.
Mediator

3

EXHIBIT

B

STATE OF MAINE
CUMBERLAND, ss.

SUPERIOR COURT
CIVIL ACTION
Docket No. CV-14-28

| | | |
|---|---|---|
| TOWN OF FREEPORT, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | **SUPPLEMENTAL MEMORANDUM** |
| v. | ) | **OF AGREEMENT** |
| | ) | |
| ISLAND ROVER FOUNDATION, | ) | |
| | ) | |
| Defendant | ) | |

A Memorandum of Agreement between the Town of Freeport and the Island Rover Foundation was executed June 26, 2014. That Agreement envisioned a Supplemental Agreement "fleshing out the details" of this Agreement. Accordingly, the Town of Freeport and the Island Rover Foundation supplement the June 26, 2014 Agreement as follows:

1.      Paragraph 2 of the Memorandum deals with self-executing security interests in the land of the Island Rover Foundation and in the vessel. This will be accomplished in two ways. The self-executed security interests in the real estate will be in the form of two documents. The first document will be a Warranty Deed from the Island Rover Foundation to the Town of Freeport which will be delivered in escrow to Mediator John David Kennedy. The deed and the Declaration are attached hereto as Exhibit A and Exhibit B. A Declaration of Value will accompany the Deed so that Deed can be recorded. The Deed is to be held in escrow pending either the Island Rover Foundation's completion of its obligations under the Memorandum of Agreement and this Agreement, in which case it shall be destroyed. If the Island Rover does not complete its obligations, the deed and declaration shall be delivered to the Town of Freeport for recording.

2.      The second document will be a Bill of Sale for the Island Rover which will be delivered in escrow to Mediator John David Kennedy. The Bill of Sale is to be held in escrow pending either the Island Rover Foundation's completion of its obligations under the Memorandum

of Agreement and this Agreement in which case it shall be destroyed.  If the Island Rover

Foundation does not complete its obligations, the Bill of Sale shall be delivered to the Town of

Freeport.

       3.      There will be interim benchmarks in 2014, 2015, and 2016.  The benchmark in

2014 will be November 30, 2014, and substantively will be preparation of the hull and site for

welding, as certified to be so, by the Foundation's selected welding contractor, to include:

a. Selection of the welding contractor.

b. Selection of the welding inspector, selection of the welding inspection standard to be

utilized and performed to, and selection of the welding procedure for sequence welding to

manage heat and hull stress.

c. Removal of physical obstructions and stored materials to facilitate and for safety in the

operation of a snorkel lift.

d. Removal of fire hazard materials such as tree leaves and wooden staging planks from

the immediate vessel area for fire safety.

e. Definition of the procedure for welding seam preparation at the moment of welding –

i.e. slag removal, cleaning, grinding, final weld surface prep.

The benchmarks in 2015 will be April 30, 2015 and November 30, 2015.  The Substantive

benchmarks will be selecting the contractors and selecting a site for launch, respectively.  The

benchmark in 2016 will be April 30, 2016, and substantively will be the submission of all

applications for permits required to move and launch the Island Rover, allowing sufficient lead

time to ensure permit issuance by the specified launch date.

       4.      The Town will execute the following letters which the Foundation can deliver to

potential donors and to its contractors.  The letters are attached as Exhibit C and Exhibit D.

5.      The Town will issue another letter to the Foundation which the Foundation can distribute to potential donors to the Foundation indicating the Town's encouragement for the completion of the project.  The letter is attached as Exhibit E.

Dated at Freeport, Maine this 21st day of August, 2014.

Peter E. Joseph, Town Manager
TOWN OF FREEPORT

Harold Arndt, President
ISLAND ROVER FOUNDATION

## WARRANTY DEED

**KNOW ALL MEN BY THESE PRESENTS, that** the **Island Rover Foundation**, a nonprofit corporation, with an address of 93 Maquoit Drive, Town of Freeport, County of Cumberland, and State of Maine 04032, for consideration paid, grants to **Town of Freeport, Maine,** a municipal corporation, with an address of 31 Main Street, Town of Freeport, County of Cumberland, and State of Maine 04032, with WARRANTY COVENANTS, that certain parcel of land situated in the Town of Freeport, County of Cumberland and State of Maine, described as follows:

Being lots numbered one hundred sixty-seven (167) and one hundred seventy-seven (177) inclusive as shown on plan of lots of Flying Point, made by E. A. Rand, surveyor, dated May 25,1933, and recorded in the Cumberland County Registry of Deeds, Plan Book 21, Page 45.

Being part of the premises conveyed to Chester D. Swan by Everett B. Byram dated May 1,1933, recorded in Cumberland Registry of Deeds, Book 1420, page 159.

Together with the fee so far as we have the right to convey the same of all the street and ways shown on said plan, in common with die owners of die other lots shown on said plan and subject to the right of all the said lot owners to make any customary use of said streets and ways.

Reference is made to a deed from Chester D. Swan to Kenneth Bailey and Leah H. Bailey, dated January 31,1956, recorded in Cumberland Registry of Deeds in Book 2275, page 182; and a deed from Leah H, Bailey to Hulda G. Bailey and David H. Bailey dated Oct 22, 1977, recorded in Cumberland Registry of Deeds in Book 4133, page 235.

Reference is made to a deed from Hulda G. Bailey and David H Bailey to Dorothy Ann Arndt, Christine Lynn Arnt, Carolyn Joyce Arndt and Elizabeth Jean Arndt dated January 26,1981 recorded in Cumberland Registry of Deeds in Book 4739, page 298.

Reference is also made to a deed from Dorothy Ann Bowie (formerly Arndt), Christine Lynn Labbe (formerly Arndt), Carolyn Joyce Sweet (formerly Arndt), Elizabeth Jean Arndt to Harold B. Arndt, which adds Harold E. Arndt as unequal share owner.

The above lots are also designated on Town of Freeport Maps as Lot #30, on Map #5.

ISLAND ROVER FOUNDATION

Witness

Harold Arndt
Its President

Witness

Peter Joseph
Its Town Manager

State of Maine
County of _Cumberland_                          Date: _8/21_____, 2014

Then personally appeared the above named Harold Arndt in his capacity as President of the Island Rover Foundation, a nonprofit corporation, and acknowledged the foregoing instrument to be his free act and deed in his said capacity and the free act and deed of said nonprofit corporation.

Before me,

Notary Public
Printed Name: _Judith Hawley_
My Commission Expires: _01/16/2015_

JUDITH HAWLEY
Notary Public, Maine
My Commission Expires January 16, 2015



*12RETTD*

**RETTD** 00

**MAINE REVENUE SERVICES**
**REAL ESTATE TRANSFER TAX**
**DECLARATION**
TITLE 36, M.R.S.A. SECTIONS §§4641-4641N

| Print |
| Clear Form |

**1. County**

CUMBERLAND

**2. Municipality/Township**

FREEPORT, MAINE

BOOK/PAGE—REGISTRY USE ONLY

**3. GRANTEE/ PURCHASER**

3a) Name LAST or BUSINESS, FIRST, MI
ISLAND ROVER FOUNDATION

3b) SSN or Federal ID
01-6000170

3c) Name, LAST or BUSINESS, FIRST, MI

3d) SSN or Federal ID

3e) Mailing Address
93 MAQUOIT DRIVE

3f) City
FREEPORT

3g) State  ME

3h) Zip Code  04032

**4. GRANTOR/ SELLER**

4a) Name, LAST or BUSINESS, FIRST, MI
TOWN OF FREEPORT

4b) SSN or Federal ID

4c) Name, LAST or BUSINESS, FIRST, MI

4d) SSN or Federal ID

4e) Mailing Address
30 MAIN STREET

4f) City
FREEPORT

4g) State  ME

4h) Zip Code  04032

**5. PROPERTY**

5a) Map  6   Block   Lot  1-3   Sub-Lot

5b) Type of property—Enter the code number that **best** describes the property being **sold**. (See instructions)—»

Check any that apply:
- [ ] No tax maps exist
- [ ] Multiple parcels
- [ ] Portion of parcel

5c) Physical Location

5d) Acreage

**6. TRANSFER TAX**

6a) Purchase Price (If the transfer is a gift, enter "0")   6a   .00

6b) Fair Market Value (enter a value **only** if you entered "0" in 6a) or if 6a) was of nominal value)   6b   .00

6c) Exemption claim – [ ] Check the box if either grantor or grantee is claiming exemption from transfer tax and explain.

**7. DATE OF TRANSFER (MM-DD-YYYY)**

MONTH   DAY   YEAR

**8. WARNING TO BUYER**–If the property is classified as Farmland, Open Space, Tree Growth, or Working Waterfront a substantial financial penalty could be triggered by development, subdivision, partition or change in use.

[ ] CLASSIFIED

**9. SPECIAL CIRCUMSTANCES**—Were there any special circumstances in the transfer which suggest that the price paid was either more or less than its fair market value? If yes, check the box and explain: [ ]

**10. INCOME TAX WITHHELD**– Buyer(s) not required to withhold Maine income tax because:
- [ ] Seller has qualified as a Maine resident
- [ ] A waiver has been received from the State Tax Assessor
- [ ] Consideration for the property is less than $50,000
- [ ] Foreclosure Sale

**11. OATH**   Aware of penalties as set forth by Title 36 §4641-K, we hereby swear or affirm that we have each examined this return and to the best of our knowledge and belief, it is true, correct, and complete. Grantee(s) and Grantor(s) or their authorized agent(s) are required to sign below:

Grantee Town of Freeport   Date
Grantee _____   Date 8/21/14

Grantor Island Rover Foundation   Date
Grantor _____   Date 8/21/14

**12. PREPARER**

Name of Preparer   Geoffrey H. Hole, Esq.
Mailing Address   Bernstein Shur
100 Middle St., Portland, ME 04104

Phone Number 207-774-1200
E-Mail Address ghole@bernsteinshur.com
Fax Number 207-774-1200

# BILL OF SALE

For consideration, sold to the Town of Freeport, Maine one Murray G. Peterson Associates Design #2475 Auxiliary Cruising Schooner Coast Guard Official Number 124467.

Dated: _____, 2014

ISLAND ROVER FOUNDATION

By: _____
Harold Arndt, Its President



**TOWN OF FREEPORT, MAINE**

Town Manager's Office
30 Main Street
Freeport, ME 04032

Phone: 207-865-4743  x.121
Email:pjoseph@freeportmaine.com

July 25, 2014

**RE: Island Rover Foundation Contribution**

To Whom It May Concern,

The Town of Freeport is pleased to announce that the legal situation between the Town of Freeport and the Island Rover Foundation has been brought to a satisfactory conclusion.

The purpose of this letter is to indicate to you, a potential donor to the Island Rover Foundation, that the Town of Freeport will make no claim against you for contributions to the Island Rover Foundation, and will make no claim against you in any way related to the consent agreements between the Island Rover Foundation and the Town of Freeport.

Sincerely,

Peter E. Joseph
Town Manager



# TOWN OF FREEPORT, MAINE

Town Manager's Office
30 Main Street
Freeport, ME 04032

Phone: 207-865-4743  x.121
Email:pjoseph@freeportmaine.com

---

July 25, 2014

**RE: Island Rover Foundation Labor and Materials**

To Whom It May Concern,

The Town of Freeport is pleased to announce that the legal situation between the Town of Freeport and the Island Rover Foundation has been brought to a satisfactory conclusion.

The purpose of this letter is to indicate to you that the Town of Freeport will not make any claim against you for furnishing labor or providing materials for the construction of the Island Rover, and will make no claim against you in any way related to the consent agreements between the Island Rover Foundation and the Town of Freeport.

You of course must still comply with all relevant state and local environmental laws, as well as all other relevant statutes, ordinances, and case law.

Sincerely,

Peter E. Joseph
Town Manager



# TOWN OF FREEPORT, MAINE

Town Manager's Office
30 Main Street
Freeport, ME 04032

Phone: 207-865-4743 x.121
Email:pjoseph@freeportmaine.com

---

July 25, 2014

To Whom It May Concern,

The Town of Freeport is pleased to announce that the legal situation between the Town of Freeport and the Island Rover Foundation has been brought to a satisfactory conclusion.

This satisfactory conclusion is outlined in a mutually beneficial mediated agreement, which has been enthusiastically endorsed by both the Freeport Town Council and the Island Rover Foundation. We believe that through this agreement we have reached a common understanding, and that a mutual goal of achievement now exists between both parties.

The Town of Freeport is hopeful that this renewed spirit of agreement, understanding, and cooperation will help the Island Rover Foundation to progress more rapidly in its work. In keeping with this spirit of cooperation, the Town of Freeport has also volunteered to provide technical assistance wherever possible, and we are hopeful that this will allow the Foundation to ultimately be successful in its goal of launching the Island Rover - which is now the shared goal of both parties.

Sincerely,

Peter E. Joseph
Town Manager