

EXHIBIT
5

# Short Form Mortgage Deed

0 Bucknam Road, Town of Freeport, County of Cumberland, State of Maine
Tax Map 5, Block 30

KNOW ALL PERSONS BY THESE PRESENTS, that **ISLAND ROVER FOUNDATION** with an assumed name of **ISLAND ROVER INSTITUTE**, a Maine non-profit corporation with IRS 501(c)(3) status and with a mailing address of 93 Maquoit Drive, Freeport ME 04032, for consideration paid by **CARTER BECKER**, an individual with a mailing address of 3 South Freeport Road, Freeport ME 04032, the receipt and sufficiency of which are hereby acknowledged, does hereby GRANT, GIVE, BARGAIN, SELL, TRANSFER and MORTGAGE to said Carter Becker with mortgage covenants, to secure the payment of Two Hundred Fifty Thousand Dollars ($250,000.00), together with interest , attorneys' fees, costs and other fees, the following described property:

> Lots numbered one-hundred sixty-seven (167) through one-hundred seventy-seven (177) inclusive as shown on plan of lots of Flying Point, made by E.A. Rand, surveyor, dated May 25, 1933, and recorded in the Cumberland County Registry of Deeds, Plan Book 21, Page 45.

> Being part of the premises conveyed to Chester D. Swan by Everett E. Byram by deed dated May 1, 1933, recorded in the Cumberland County Registry of Deeds, Book 1420, Page 159.

> Reference is made to a deed from Dorothy Ann Bowie, Christine Lynn Labbe, Carolyn Joyce Sweet, Elizabeth Jean Arndt and Harold Edwin Arndt unto the said Island Rover Foundation and recorded in the Cumberland County Registry of Deeds, Book 19029, Page 149.

This mortgage is on the Statutory Condition, pursuant to 33 M.R.S. §§ 761, *et seq.*, including, without limitation, §§ 767, 768 and 769 of said Title 33 for breach of which the Grantee shall have the remedies provided by law including, without limitation, a statutory power of sale.

PROVIDED, NEVERTHELESS, that if the Grantor herein, its successors or assigns pays and performs or causes to be paid or performed and performs all of its obligations under this Mortgage, then this Mortgage Deed shall be void; otherwise this Mortgage Deed shall remain in full force.

CUMBERLAND COUNTY
A TRUE COPY OF RECORD
Attest _____
Register

**ISLAND ROVER FOUNDATION**
also known as
**ISLAND ROVER INSTITUTE**

Date: December 1, 2016

By: Harold E. Arndt
Its: President

ACKNOWLEDGEMENT

State of Maine
Cumberland, ss.

December 1, 2016

Personally appeared before me Harold E. Arndt in his said capacity and acknowledged the foregoing instrument to be his free act and deed and the free act and deed of said Island Rover Foundation a/k/a Island Rover Institute.

Before me,

Attorney at Law /~~Notary Public~~

Print name: David M Hirth

My commission expires:_____

Received
Recorded Register of Deeds
Dec 02,2016 08:45:39A
Cumberland County
Nancy A. Lane

State of Maine
Cumberland County          Portland, Maine
I hereby certify that the foregoing is a true copy of
the record as found in Book 33657  Page
Cumberland County Registry of Deeds   (126 -
Attest _____ Register    127 )