UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| HAROLD E. ARNDT  *and* | ) | |
| | ) | |
| ISLAND ROVER FOUNDATION, | ) | |
| *Plaintiffs*, | ) | Civil Case No.: 2:26-cv-00117-JCN |
| | ) | |
| v. | ) | |
| | ) | |
| TOWN OF FREEPORT, | ) | |
| *Defendant*. | ) | |

The Town of Freeport (the "Town"), by and through its undersigned counsel, hereby submits its Opposition to the Motion to Consolidate (the "Motion to Consolidate") filed by Plaintiffs Island Rover Foundation ("IRF") and Harold Arndt ("Arndt", and with IRF "Plaintiffs") in the Cumberland County Superior Court, as follows:

Plaintiffs' Motion to Consolidate should be denied because it has been mooted by the removal of PORSC-CV-26-38 to federal court.  The Motion to Consolidate requested the Cumberland County Superior Court to consolidate PORSC-CV-17-58 (ready for trial) and the newly filed PORSC-CV-26-38 based on overlapping parties and common issues. Because PORSC-CV-26-38 has been removed to federal court, trial in PORSC-CV-17-58 may proceed as scheduled and the Motion to Consolidate has been rendered moot.

Fed. R. Civ. P. 42(a) allows for permissive consolidation of actions where "actions before the court" involve common questions of law or fact. *See* Fed. R. Civ. P. 42(a).  However, under the plain language of this rule, a district court can consolidate cases only where they are pending before the same district court. Rule 42 does not provide any means of consolidating actions that are pending in both federal and state court, warranting denial of the Motion to Consolidate.  *See Carey v. Town of Rumford*, 2025 WL 2978795, at *3 (D. Me. Oct. 22, 2025) (denying motion to consolidate with state court action where only one federal court action was before the court);

1

*Silveus v. City of Brockton*, 2014 WL 6747088, at *1 (D. Mass. Nov. 26, 2014) (denying motion to consolidate and stating "[t]he two actions here undoubtedly involve some common questions of fact but the state court action is not properly 'before' this Court.") (citing *New Life Homecare, Inc. v. Blue Cross Ne. Pennsylvania,* 2010 WL 2331031, at *1 (M.D.Pa. June 10, 2010); *Westfield Ins. Co. v. Hill,* 2010 WL 1996868, at *2 (N.D.Ind. May 17, 2010)); 9A Wright & Miller, Federal Practice and Procedure § 2382 at n. 26 (3d. ed.) ("[A] court may not consolidate an action pending in federal court with an action pending in state court."). Accordingly, this Court should deny the Motion to Consolidate because it has been rendered moot by removal of CV-26-38 to this Court.[1]

WHEREFORE, the Town of Freeport respectfully requests the Court to deny the Motion to Consolidate filed by Plaintiffs Island Rover Foundation and Harold Arndt, grant the Town's Motion to Dismiss Complaint, and grant such other and further relief as the Court deems just.

Dated: March 17, 2026

Respectfully submitted,

*/s/ Daniel J. Murphy*
Daniel J. Murphy, Bar No. 9464
BERNSTEIN SHUR
P.O. Box 9729
Portland, Maine 04104-5029
(207) 228-7120
dmurphy@bernsteinshur.com

Attorney for Defendant Town of Freeport

---

[1] Prior to removal and service of the Complaint in PORSC-CV-26-38, Plaintiffs filed a similar Motion to Consolidate in PORSC-CV-17-58. The Town has opposed that Motion to Consolidate in PORSC-CV-17-58 and has made substantive arguments concerning the lack of identical parties between the two actions, the disparate nature of claims, and other sound reasons to deny that Motion to Consolidate and allow PORSC-CV-17-58 to proceed to trial as scheduled. That Motion also has been rendered moot by removal of PORSC-CV-26-38 to federal court.

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the document set forth above and any supporting documents were served on the date indicated above through the CM/ECF system on counsel of record for Plaintiffs Harold E. Arndt and IRF (Archipelago - Twain Braden, Esq. and Colin Hull, Esq.).

Counsel for Parties-In-Interest Carter Becker and "Falls Point Marine" have not entered an appearance in this action to date and do not appear to be receiving filings through the CM/ECF system. Counsel for Parties-In-Interest Carter Becker and "Falls Point Marine" shall be provided a copy of this filing via Electronic Mail and U.S. Mail.

Dated:  March 17, 2026                    Respectfully submitted,

                                          */s/ Daniel J. Murphy*_____
                                          Daniel J. Murphy, Bar No. 9464


David Silk, Esq. and Jason Theobald, Esq.
Curtis Thaxter LLC
200 Middle Street, Suite 1001
Portland, ME 04101