**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| HAROLD E. ARDNT   *and* | ) | |
| | ) | |
| ISLAND ROVER FOUNDATION | ) | |
| *Plaintiffs,* | ) | Civil Case No.: 2:26-cv-00117-JCN |
| v. | ) | |
| | ) | |
| TOWN OF FREEPORT, | ) | |
| *Defendant.* | ) | |

## PLAINTIFFS' REPLY TO DEFENDANT'S OPPOSITION TO MOTION TO CONSOLIDATE

NOW COME Plaintiffs, Harold E. Arndt and Island Rover Foundation (the "Plaintiffs"), by and through their undersigned counsel, and hereby submit their reply to Defendant Town of Freeport's (the "Town") Opposition to Plaintiffs' Motion to Consolidate.

Defendant's Opposition relies on the assumption that its attempted removal of Plaintiffs' new case, originally filed in Superior Court, has mooted the pending Motion to Consolidate. Meanwhile, Plaintiffs intend to file (on April 1) a Motion to Remand the new case back to the Superior Court since the original case (PORSC-CV-17-58) shares a common set of facts, law, and parties, as more fully provided in Plaintiffs' pending Motion to Remand (and to a certain extent, in Plaintiffs' pending Opposition to the Defendant Town's Motion to Dismiss). Needless to say, if the Court grants Plaintiffs' Motion to Remand, Defendant's only stated basis for opposition is moot, and the Superior Court should be free to grant Plaintiffs' motion.

WHEREFORE, for the foregoing reasons, Plaintiffs request that this Court remand this matter to the Superior Court for its determination as to the merits of Plaintiffs' Motion to Consolidate, consistent with Plaintiffs' Motion to Remand, and such other and further relief this Court deems just and proper.

1

Dated: March 27, 2026

/s/ Twain Braden
Twain Braden, Esq.
Counsel for Plaintiffs
ARCHIPELAGO
1 Dana St., Fourth Floor
Portland, ME 04101
(207) 558-0102
tbraden@archipelagona.com

## CERTIFICATE OF SERVICE

I, Twain Braden, hereby certify that on March 27, 2026, I filed the within document with the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Twain Braden
Twain Braden, Esq.

2